# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CHRISTOPHER YOUNGER, | : | No. 8 WM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLEGHENY COUNTY DEPARTMENT OF | : | |
| COURT RECORDS, CRIMINAL DIVISION; | : | |
| JUDGE JILL E. RANGOS; | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.